IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID PHAM <br> and QUI V. PHAM, <br>    *Plaintiffs*, <br> <br> V. <br> <br> ALLSTATE FIRE AND CASUALTY <br> INSURANCE COMPANY, <br>    *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> <br> CIVIL ACTION NO. 4:23-cv-00788 <br> (JURY) |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE CHARLES ESKRIDGE:

COME NOW, Plaintiffs, David Pham and Qui V. Pham, and file this *Unopposed Motion to Dismiss with Prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs voluntarily dismiss with prejudice all claims by Plaintiffs against Defendant in this matter, and Defendant agrees to the dismissal. Defendant has not plead any counter claims against Plaintiffs. Plaintiffs and Defendant further stipulate that all costs will be borne by the party incurring same.

Respectfully submitted,

By: */s/ Amanda J. Fulton*

Chad T. Wilson
Texas Bar No. 24079587
Southern Bar No. 2246983
Amanda J. Fulton
Texas Bar No. 24077283
Southern Bar No. 1348764
CHAD T WILSON LAW FIRM PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
eservice@cwilsonlaw.com

afulton@cwilsonlaw.com  
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 26, 2023, I conferred with Defendant's counsel regarding the foregoing Motion to Dismiss with Prejudice, and counsel for Defendant is unopposed.

*/s/ Amanda J. Fulton*

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, October 26, 2023, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defendant(s) counsel of record.

*/s/ Amanda J. Fulton*