IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID PHAM and QUI V. PHAM, *Plaintiffs*, | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:23-cv-00788 (JURY) |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, *Defendant*. | § § § § | |

## ORDER OF DISMISSAL

The Court, having reviewed the *Unopposed Motion to Dismiss with Prejudice* submitted by Plaintiffs David Pham and Qui V. Pham, and for good cause shown, hereby GRANTS the *Unopposed Motion to Dismiss* in its entirety.

IT IS, THEREFORE, ORDERED that the above-captioned lawsuit (together with all claims and counterclaims asserted therein by or against any party to this lawsuit) is hereby DISMISSED with prejudice; that no party to the lawsuit shall be taxed any costs or fees in connection with this lawsuit or this order; and that the Clerk of the Court is directed to close this case in due course.

IT IS SO ORDERED,

DATED: October 31, 2023

*[signature: Charles R Eskridge III]*
Hon. Charles Eskridge
United States District Judge